Mr. Zaerpour, I hope I'm pronouncing that right, versus Bank of America. Did I pronounce that right? Mr. Zaerpour, how do you pronounce your name? Absolutely correctly. You can call me Sam. No, we'll be formal. How do you pronounce your last name? Zaerpour, that's my original name. All right. When you're ready, you have five minutes, Mr. Zaerpour. You may proceed. Okay. Thank you very much for receiving me first, your esteemed court. And I'm here by myself, representing myself and hopefully the people of the United States and beyond. I know I'm not a lawyer, so technically I cannot do that. I'm aware of that. I filed an IFP application with the lower court, which was denied. I don't know why. Let's get to the core of it. It has many ramifications. But as I wrote it in the reply brief, which you have all received, I believe, this case is very strong in terms of proof, independent from me. I must say I have no mental issue whatsoever. I've been allowed to fly aircraft many years after I reported those facts to the FBI. And later to the court, District Court in New Jersey, Honorable Esther Salas is the presiding judge. Excuse me again. She did not refute any of it. She just said, well, the FBI has immunity not to prosecute that case. They allow me to fly aircraft again. I'm very happy to be here in the United States. I grew up in Switzerland, Iranian origin. And that's all I can say. It affects the American people verifiably, this case, because manipulating the forex market for me, you are manipulating it at the same time for the people of the world, including the United States, including you three, if I may say so. Why? Because your investments and pension funds are valued, those which are abroad. I can detail that, but let's assume it's correct, unless you dispute that. Use forex rates to value those. It's called mark to market. I know one of you, I think it's Mr. Sullivan, has a background in financial companies. I just checked it yesterday, so forgive me for that. So I know you can understand those things, and I appreciate that.  The attribution of the crime, I forgot to say that, is those banks. Why? Because they have admitted to do so. It's a trillion-dollar market at today's value. Last time I checked, it was the Bank of International Settlement in Switzerland, which is like the central bank of central banks. They do a survey once in a while. It's $7.5 trillion. So if it's not them, and they have admitted to the DOG, they have manipulated the forex market, who else could it be? So that's why I waited so long to bring that case, because I went to the FBI in 2005, and they didn't say anything. They didn't say you are wrong, we are missing something, et cetera. None of that. You don't have to say that you are wrong. The issue is, what have you alleged to suggest that there is some connection between your trades and the future of the foreign exchange markets? Well, I was trading the forex, so that's a fact. The proof, I forgot to say, but it has been repeated over and over again. It's in the account statement, and these are not made by me. But what about the account statement shows some connection between your trades and the future progress of the market? Very good question, Your Honor. Allow me to explain that. It's written, but it's a bit technical. The market was doing the exact opposite. I was trading in Wall Street, by the way. I have my Series 24 license. Not that it's important, but I got training, besides my bachelor's degree and master's degree. The market was doing the exact opposite of what I was doing. Many people lose money in the market. I know that. Ninety percent, maybe. That's not the question. The question is, the market was doing the exact opposite of what I was doing. If you understand that sentence, it means the market is manipulated for me alone. It can happen one time, of course. That would be a coincidence. No big deal. Nobody is targeting you. But if it happens over and over again, without discontinuity, it proves that there is a causality. Simple as that. And it's statistical. It's incredible. I'm the first one to say it. I say it to the Honorable Judge Salas. By that logic, if somebody buys a lottery ticket every week and loses, that would support an inference that the thing is rigged. No, of course not. But that's not what I'm saying. What I'm saying is my trade, in plain English, my trade was predictive of where the market would go. Of course it cannot happen by accident. It can happen one time. Twice, three times, four times in a row, of course. But if it happens every day for years, that's incredible. I'm the first one to say it. It's as incredible as it sounds. There is a causality in somebody, as crazy as it sounds, is manipulating the market for that person. Statistically, it's impossible to be a coincidence. And I fly aircrafts. Long after that. You can check with the FAA. No one incident. My instructor knows about that story. He's writing. I told him several times, because I change schools sometimes, for the commercial, I say, are you comfortable to fly? He says, yeah, no problem. So that's all I can say. I have no medical issue. I have a medical certificate, which was issued in 2000. I say that I shouldn't have to say those things. But because it's so extraordinary, I have filed those things. And the proof, again, is independent from me. You cannot have a predictive trade all the time. It's impossible. Mr. George Soros, which is one of the largest currency traders, nothing to do with me. But he predicted one time, a 400 move against the British pound. Allegedly, that's the official story, which I read on Wikipedia. But I've heard it also on mainstream media. He became a billionaire. Just one time. I could do it more or less every day, as crazy as it sounds, every day for five years, approximately. Again, there's nothing to believe here. It's recorded independently by two financial institutions, factually, automatically, electronically. So if I had falsified that, I would believe I would be in jail. The FBI would throw me in jail. All right. So, Mr. Zerpour, we've gone over, but we will reserve decision. Your adversaries have not. They were just relying on submission. So we will consider the arguments you've made today and in your briefs.